United States District Court
Southern District of Texas
**ENTERED**
January 20, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **LAUREANO GONZALEZ ORTIZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-2** |
| § | |
| **PAMELA JO BONDI,** *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

On January 16, 2026, Petitioner advised the Court that the Immigration Judge (IJ) conducted a bond hearing pursuant to the Court's Order dated January 12, 2026, (Dkt. 14) and granted Petitioner bond in the amount of fifteen thousand dollars ($15,000). (Dkt. 15.) Petitioner also advised the Court that the Department of Homeland Security (DHS) reserved appeal of the bond determination and that Petitioner was unable to post bond as a result. (*Id.*)

Given this, it is hereby ORDERED that no later than **January 23, 2026, at 5:00 P.M. Central Standard Time (CST)**, the Parties shall provide the Court with an additional status update on the whether Petitioner remains in custody and whether any additional steps have been taken by DHS to stay the bond order under 8 C.F.R. § 1003.19(i) or pursue appeal of the order to the Board of Immigration Appeals.

IT IS SO ORDERED.

SIGNED this January 20, 2026.

_____
Diana Saldaña
United States District Judge